IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RON ABRAMS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 14-4888 |
| NORTHSTAR LOCATION SERVICES, LLC | : | |

**CANCELLATION OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case currently sheduled for ARBITRATION at 9:30 am on March 11, 2015, has been CANCELLED.

                                                                Michael E. Kunz
                                                                Clerk of Court


                                                                By:   /s/Janet Vecchione
                                                                Janet Vecchione
                                                                Deputy Clerk
                                                                Phone:267-299-7074

Date:November 19, 2014

Copies:      Courtroom Deputy to Judge Legrome D. Davis
             Docket Clerk - Case File

             Counsel

ARBCAN.FRM